**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Marjorie Mederos                                    Case No: 15-21490-AJC

                                                             Chapter 13

_____Debtor_____/


### NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)   ☐   No further action is necessary.

2)   The following actions have been taken:

   ☒   The debtor has filed an objection to the proof of claim filed by JPMorgan Chase Bank, National Association claim #8.

   ☐   The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☒   Other: After the Objection to JPMorgan Chase Bank, National Association claim #8 has been resolved, the Debtor will modify the plan to provide for 100% payment of timely filed claims.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on January 28, 2016.

                               Submitted by:
                               **ROBERT SANCHEZ, P.A.**
                               Attorney for Debtor
                               355 W 49th Street
                               Hialeah, FL 33013
                               Tel. (305) 687-8008

                               By:/s/Robert Sanchez_____
                               Robert Sanchez, Esq., FBN#0442161


LF-76 (rev. 12/01/09)