UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Marjorie Mederos                                          Case No: 15-21490-AJC
                                                                   Chapter 13


_____ Debtor _____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1.      On June 25, 2015 the instant case was filed.

2.      On September 25, 205 debtor's First Amended Chapter 13 plan was confirmed.

3.      In said plan the Debtor agreed to pay 100% of all allowed unsecured claims.

4.      The deadlines for filing claims has now passed and Debtor wishes to modify her plan to provide for said payment to all of the allowed unsecured creditors.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail on <u>March 19, 2016</u> to all parties on the service list.


Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:<u>/s/ Robert Sanchez</u>
    Robert Sanchez, Esq., FBN#0442161