# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st Modified plan

DEBTOR: Marjorie Mederos     JOINT DEBTOR: _____     CASE NO.: 15-21490-AJC
Last Four Digits of SS# 0886     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 537.65   for months  1 to  8 ; in order to pay the following creditors:
    B.    $ 375.67   for months  9 to  60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 (Motion to Modify) = $4,175 TOTAL PAID $ 1500
    Balance Due $ 2,675
    payable $ 241.88 /month (Months  1 to  8 )
    payable $ 185   /month (Months  9 to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____    Arrearage on Petition Date $_____
Address:_____    Arrears Payment $_____/month (Months ___ to ___)
_____    Regular Payment $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____    Total Due $_____
    Payable $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 283.50 /month (Months 1 to  8 ); Pay $ 153.10 /month (Months 9 to  12 ); and Pay $ 338.10 /month (Months 13 to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor is current with secured creditor Chase Mortgage and will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq._____
Attorney for Debtor                        Joint Debtor
Date: 03/18//2016                      Date:_____

LF-31 (rev. 01/08/10)